RICHARD T. BOWLES (#46234)
ALEXANDREA M. TOMP (#324022)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
   atomp@bowlesverna.com

Attorneys for Plaintiffs
Park Miller, LLC, Henry S. Lawson,
Marcia Lawson, Lawson Land, Inc.,
Edward Miner, James Combs, Dorothy
Combs, Gregory Combs and Suzanne
Combs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK MILLER, LLC, a Delaware limited liability company, HENRY S. LAWSON, an individual and co-trustee of the LAWSON CHARITABLE REMAINDER UNITRUST and co-trustee of the LAWSON FAMILY TRUST, MARCIA LAWSON, an individual and co-trustee of the LAWSON CHARITABLE REMAINDER UNITRUST and co-trustee of the LAWSON FAMILY TRUST, LAWSON LAND, INC., a California corporation, EDWARD MINER, an individual and trustee of the MINER 2003 LIVING TRUST, EDWARD MINER SEPARATE PROPERTY, JAMES COMBS an individual and co-trustee of the JAMES AND DOROTHY COMBS FAMILY LIVING TRUST, DOROTHY COMBS, an individual and co-trustee of the JAMES AND DOROTHY COMBS FAMILY LIVING TRUST, GREGORY M. COMBS, an individual and co-trustee of the GREGORY M. AND SUZANNE B. COMBS FAMILY LIVING TRUST, and SUZANNE B. COMBS, an individual and co-trustee of the GREGORY M. AND SUZANNE B. COMBS FAMILY LIVING TRUST,<br><br>      Plaintiffs,<br><br>v.<br><br>DURHAM GROUP, LTD., a New York Corporation, DURHAM COMMERCIAL | Case No. 19-cv-04185-WHO<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS; ORDER** |

| | |
|---|---|
| 1 | CAPITAL CORP., a New York Corporation, MAASAI HOLDINGS LLC, a New York limited liability company, FIRST AUSTIN FUNDING CORP., a New York corporation, CRAIG MCGRAIN, an individual, and DOES 1-50, inclusive |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Pursuant to Civil Local Rule 6-1 and 6-2 of the Northern District of California, the parties through undersigned counsel stipulate and respectfully request that the Court extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim filed on September 25, 2019 ("Motion to Dismiss") due to the complex nature of the claims and the number of parties involved.

The parties hereby stipulate, subject to approval of the Court, as follows:

1. Plaintiffs' Response to Defendants' Motion to Dismiss will be filed on our before October 16, 2019.

2. Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss will be filed on or before October 30, 2019.

This is the first extension in this case regarding the present motion. A previous stipulation was entered to extend Defendants' time to respond to the Complaint.

The amendment of these dates will not affect any other deadlines or hearing dates in this action The Motion Hearing for Defendants' Motion to Dismiss is currently set for November 13, 2019.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: October 4, 2019 | BOWLES & VERNA LLP |
| | By: /s/ *Alexandrea M. Tomp*<br>RICHARD T. BOWLES<br>ALEXANDREA M. TOMP<br>Attorneys for Plaintiffs<br>Park Miller, LLC, Henry S. Lawson, Marcia Lawson, Lawson Land, Inc., Edward Miner, James Combs, Dorothy Combs, Gregory Combs and Suzanne Combs |
| Dated: October 4, 2019 | CARLSON & MESSER LLP |
| | By: /s/*June D. Coleman*<br>JUNE D. COLEMAN<br>Attorneys for Defendants<br>Durham Group, Ltd., Durham Commercial Capital Corp., Maasai Holdings LLC, First Austin Funding Corp., and Craig McGrain |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I, Alexandrea M. Tomp, attest that concurrence in the filing of this document has been obtained.

By: /s/ *Alexandrea M. Tomp*

**ORDER**

**IT IS ORDERED** that the foregoing Agreement is approved.

Dated: October 4, 2019

By: _____
HONORABLE WILLIAM H. ORRICK
United States District Judge